**Order entered November 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01246-CR

### JOHNATHAN COOPER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 297th District Court
### Tarrant County, Texas
### Trial Court Cause No. 1031532D

## ORDER

Before the Court is appellant's November 5, 2018 pro se motion for abatement. Appellant asks the Court to abate his appeal so that he may be bench warranted to the trial court so that he may "physically speak" to appellate counsel regarding his appellate rights. Appellant also expresses dissatisfaction with the performance of appointed counsel.

Because appellant is represented by counsel, he is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

Accordingly, appellant's motion is **DENIED**.

/s/    LANA MYERS
        JUSTICE